**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: SAMPSON, KATHRYN E | § Case No. 09-18041 |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
MICHAEL G. BERLAND_____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn
   Chicago, IL

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee. A hearing on the fee applications and any objection to the Final
Report will be held at 09:15am on 07/22/2011 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 06/13/2011          By:  /s/ Michael G. Berland
                                                    Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: SAMPSON, KATHRYN E | § Case No. 09-18041 |
| | § |
| | § |
| Debtor(s) | § |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 50,005.94 |
| and approved disbursements of | $ | 11,920.10 |
| leaving a balance on hand of [1] | $ | 38,085.84 |
| **Balance on hand:** | $ | 38,085.84 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 38,085.84 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 5,479.56 | 0.00 | 5,479.56 |
| Trustee, Expenses - MICHAEL G. BERLAND | 40.00 | 0.00 | 40.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 5,519.56 |
| Remaining balance: | $ | 32,566.28 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $     0.00
Remaining balance:   $     32,566.28

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $     0.00
Remaining balance:   $     32,566.28

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 29,542.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Kuhn Mitchell Moss Mork & Lechowicz, LLC. | 13,000.00 | 0.00 | 13,000.00 |
| 2 | Timothy N Crombie DDS | 563.00 | 0.00 | 563.00 |
| 3 | Capital Recovery LLC, Assignee of CARSONS c/oRecovery Manag | 1,405.26 | 0.00 | 1,405.26 |
| 4 | Capital Recovery LLC Assignee of Citibank c/oRecovery Manage | 14,574.52 | 0.00 | 14,574.52 |

Total to be paid for timely general unsecured claims:   $     29,542.78
Remaining balance:   $     3,023.50

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 3,023.50 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 3,023.50 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.5% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $313.13. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $2,710.37.

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/MICHAEL G. BERLAND
Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                         United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                      Case No. 09-18041-BWB
Kathryn Sampson                                             Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1        User: froman                 Page 1 of 1        Date Rcvd: Jun 14, 2011
                            Form ID: pdf006              Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2011.
db           +Kathryn Sampson,    3111 White Eagle Drive,    Naperville, Il 60564-4603
aty          +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
aty          +Theresa A Berkey,    Law Office of Theresa A. Berkey,    3077 W. Jefferson St. Suite 207,
               Joliet, IL 60435-5264
tr           +Michael G Berland,    1 N LaSalle St,   No.1775,    Chicago, IL 60602-4065
13931836     +AT&T,   NCO Financial Systems,    Box 15391,    Wilmington, DE 19850-5391
13931838     +Bank of America,    Asset Acceptance,   Box 940,    San Jose, CA 95108-0940
15047794     +Capital Recovery III LLC As Assignee of CARSONS,    Care of Recovery Management Systems Corp,
               25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
15047795     +Capital Recovery III LLC As Assignee of Citibank -,    Care of Recovery Management Systems Corp,
               25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13931849     +Citibank,   LNNV Funding,    Box 10497,   Greenville, SC 29603-0497
13931842      City of Naperville,    Naperville, IL 60566
13931834     +Discover Financial Services,    NCP Financial Systems,    Box 15740,   Wilmington, DE 19850-5740
13931837     +Fay Farrow and Associates,    1730 Park Street, Suite 109,    Naperville, IL 60563-2609
13931846     +HSBC Bank,   Arrow Financial Services,    5996 Touhy Ave.,    Niles, IL 60714-4610
13931841     +Harris Bank,    Transworld Systems,   Box 1864,    Santa Rosa, CA 95402-1864
13931833     +Home Depot Expo,    Vital Recovery Service,    Box 923747,   Norcross, GA 30010-3747
14729885     +Kuhn Mitchell Moss Mork & Lechowicz, LLC.,    Attn: William D. Cherny,    111 E. Jefferson Avenue,
               Naperville, IL 60540-4791
13931843     +Kuhn Mitchell and Moss,    111 E. Jefferson, PO Box 359,    Naperville, IL 60566-0359
13931835     +Macys Retail Holdings Inc,    FMS Inc,   Box 707600,    Tulsa, OK 74170-7600
13931840     +Michels Plumbing,    225 Gale Street,   Aurora, IL 60506-5012
13931845      Nextel,   AFNI,    Box 4327,   Bloomington, IL 61702
13931847     +Oberwies Dairy,    Comp Credit Services,    5340 N. Clark St.,   Chicago, IL 60640-2167
13931839     +Timothy N Crombie DDS,    4425 Montgomery Road, #101,    Naperville, IL 60564-9542
13931848     +Walter E Smithe,    HSBC Household Bank,    Box 15524,   Wilmington, DE 19850
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14028825       E-mail/PDF: rmscedi@recoverycorp.com Jun 15 2011 00:19:42      Capital Recovery III LLC,
               c/o Recovery Management Systems Corp,    Attn: Ramesh Singh,    25 S.E. 2nd Ave., Ste 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           David P Lloyd
13931844      White Eagle Club Homeowners
13931850      White Eagle Club Homeowners
                                                                                   TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 16, 2011**                        **Signature:** _Joseph Speetjens_