**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: SAMPSON, KATHRYN E                           §   Case No. 09-18041
                                                    §
                                                    §
                                                    §
Debtor(s)                                           §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $0.00                         Assets Exempt:  $48,575.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $29,878.23      Claims Discharged
                                                 Without Payment:  $70,931.97

Total Expenses of Administration: $17,404.86

---

    3)  Total gross receipts of $    50,006.38   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $    2,723.29   (see **Exhibit 2**), yielded net receipts of $47,283.09 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 17,404.86 | 17,404.86 | 17,404.86 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 85,931.97 | 29,878.23 | 29,878.23 | 29,878.23 |
| **TOTAL DISBURSEMENTS** | $85,931.97 | $47,283.09 | $47,283.09 | $47,283.09 |

4) This case was originally filed under Chapter 7 on May 19, 2009. The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/15/2011                 By: /s/MICHAEL G. BERLAND
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Transfer of monies to father-unscheduled | 1241-000 | 50,000.00 |
| Interest Income | 1270-000 | 6.38 |
| **TOTAL GROSS RECEIPTS** | | **$50,006.38** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| SAMPSON, KATHRYN E | Dividend paid 100.00% on $2,723.29; Claim# SURPLUS; Filed: $2,723.29; Reference: 8200-000 | | 0.00 |
| SAMPSON, KATHRYN E | Dividend paid 100.00% on $2,723.29; Claim# SURPLUS; Filed: $2,723.29; Reference: 8200-000 | | 2,723.29 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,723.29** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 5,444.76 | 5,444.76 | 5,444.76 |
| MICHAEL G. BERLAND | 2200-000 | N/A | 40.00 | 40.00 | 40.00 |
| Grochcoinski, Grochocinski & Lloyd | 3210-600 | N/A | 11,017.50 | 11,017.50 | 11,017.50 |
| Grochocinski, Grochocinski & Lloyd | 3220-610 | N/A | 902.60 | 902.60 | 902.60 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 17,404.86 | 17,404.86 | 17,404.86 |

## EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 − PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 − GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Kuhn Mitchell Moss Mork & Lechowicz, LLC. | 7100-000 | 15,000.00 | 13,000.00 | 13,000.00 | 13,000.00 |
| 1I | Kuhn Mitchell Moss Mork & Lechowicz, LLC. | 7990-000 | N/A | 147.61 | 147.61 | 147.61 |
| 2 | Timothy N Crombie DDS | 7100-000 | N/A | 563.00 | 563.00 | 563.00 |
| 2I | Timothy N Crombie DDS | 7990-000 | N/A | 6.39 | 6.39 | 6.39 |
| 3 | Capital Recovery LLC, Assignee of CARSONS | 7100-000 | N/A | 1,405.26 | 1,405.26 | 1,405.26 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 3I | Capital Recovery LLC, Assignee of CARSONS | 7990-000 | N/A | 15.96 | 15.96 | 15.96 |
| 4 | Capital Recovery LLC Assignee of Citibank | 7100-000 | N/A | 14,574.52 | 14,574.52 | 14,574.52 |
| 4I | Capital Recovery LLC Assignee of Citibank | 7990-000 | N/A | 165.49 | 165.49 | 165.49 |
| NOTFILED | White Eagle Club Homeowners | 7100-000 | 3,157.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Naperville | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Michels Plumbing Inc. | 7100-000 | 382.96 | N/A | N/A | 0.00 |
| NOTFILED | Timothy N. Crombie DDS | 7100-000 | 310.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris Bank/ Transworld Systems | 7100-000 | 454.93 | N/A | N/A | 0.00 |
| NOTFILED | Nextel/ AFNI | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Walter E. Smithe/ HSBC Household Bank | 7100-000 | 11,478.53 | N/A | N/A | 0.00 |
| NOTFILED | Nicor/ Bill Payment Center | 7100-000 | 164.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America/ Assets Acceptance | 7100-000 | 5,809.12 | N/A | N/A | 0.00 |
| NOTFILED | Citibank/ LVNV Funding | 7100-000 | 14,543.71 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Bank/ Arrow Financial Services | 7100-000 | 1,812.00 | N/A | N/A | 0.00 |
| NOTFILED | Oberweis Dairy/Comp Credit Services | 7100-000 | 117.00 | N/A | N/A | 0.00 |
| NOTFILED | Macy's Retail Holdings Inc/ FMS Inc. | 7100-000 | 1,605.06 | N/A | N/A | 0.00 |
| NOTFILED | Fay, Farrow & Associates | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover Financial Services / NCP Financial Systems | 7100-000 | 15,110.11 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Expo / Vital Recovery Service | 7100-000 | 14,440.41 | N/A | N/A | 0.00 |
| NOTFILED | AT&T/ NCO Financial Systems | 7100-000 | 497.14 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 85,931.97 | 29,878.23 | 29,878.23 | 29,878.23 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-18041  
**Case Name:** SAMPSON, KATHRYN E  

**Trustee:** (520196) MICHAEL G. BERLAND  
**Filed (f) or Converted (c):** 05/19/09 (f)  
**§341(a) Meeting Date:** 07/01/09  

**Period Ending:** 11/15/11  
**Claims Bar Date:** 02/04/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash-scheduled | 75.00 | 0.00 | | 0.00 | FA |
| 2 | Furniture-scheduled | 1,800.00 | 0.00 | | 0.00 | FA |
| 3 | Clothing-scheduled | 450.00 | 0.00 | | 0.00 | FA |
| 4 | IRA-shceduled | 46,250.00 | 0.00 | | 0.00 | FA |
| 5 | Transfer of monies to father-unscheduled (u) | 0.00 | 0.00 | | 50,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 6.38 | Unknown |
| 6 | Assets  Totals (Excluding unknown values) | **$48,575.00** | **$0.00** | | **$50,006.38** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee hired special counsel to investigate possible assets.An Adversary Cmplaint was filed against a thrd party and also against the debtor. The Adversary Complaint was recenlty settled.

**Initial Projected Date Of Final Report (TFR):**  December 31, 2013  **Current Projected Date Of Final Report (TFR):**  December 31, 2013

Printed: 11/15/2011 03:33 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-18041 | | Trustee: | MICHAEL G. BERLAND (520196) |
| Case Name: | SAMPSON, KATHRYN E | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******28-65 - Money Market Account |
| Taxpayer ID #: | **-***7822 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 11/15/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/28/10 | {5} | Chase Bank | Payment of settlement | 1241-000 | 50,000.00 | | 50,000.00 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 0.12 | | 50,000.12 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.27 | | 50,001.39 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.15 | | 50,002.54 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.27 | | 50,003.81 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.23 | | 50,005.04 |
| 05/17/11 | 1001 | Grochocinski, Grochocinski & Lloyd Ltd | Payment of special counsel attorney fee per court order | 3210-600 | | 11,017.50 | 38,987.54 |
| 05/17/11 | 1002 | Grochocinski, Grochocinski & Lloyd, Ltd | Payment of expenses for special counsel per court order | 3220-610 | | 902.60 | 38,084.94 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.90 | | 38,085.84 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.31 | | 38,086.15 |
| 07/14/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.13 | | 38,086.28 |
| 07/14/11 | | To Account #9200******2866 | Transfer for purpsoe of final distribution | 9999-000 | | 38,086.28 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **50,006.38** | **50,006.38** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 38,086.28 | |
| | | | **Subtotal** | | **50,006.38** | **11,920.10** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$50,006.38** | **$11,920.10** | |

{} Asset reference(s)                                                                                                        Printed: 11/15/2011 03:33 PM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-18041 | | Trustee: | MICHAEL G. BERLAND (520196) |
| --- | --- | --- | --- | --- |
| Case Name: | SAMPSON, KATHRYN E | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******28-66 - Checking Account |
| Taxpayer ID #: | **-***7822 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 11/15/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/14/11 | | From Account #9200******2865 | Transfer for purpsoe of final distribution | 9999-000 | 38,086.28 | | 38,086.28 |
| 07/25/11 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $40.00, Trustee Expenses;  Reference: Voided on 07/25/11 | 2200-000 | | !       40.00 | 38,046.28 |
| 07/25/11 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $40.00, Trustee Expenses;  Reference: Voided: check issued on 07/25/11 | 2200-000 | | !      -40.00 | 38,086.28 |
| 07/25/11 | 102 | MICHAEL G. BERLAND | Dividend paid 100.00% on $5,444.76, Trustee Compensation;  Reference: Voided on 07/25/11 | 2100-000 | | !    5,444.76 | 32,641.52 |
| 07/25/11 | 102 | MICHAEL G. BERLAND | Dividend paid 100.00% on $5,444.76, Trustee Compensation;  Reference: Voided: check issued on 07/25/11 | 2100-000 | | !   -5,444.76 | 38,086.28 |
| 07/25/11 | 103 | Kuhn Mitchell Moss Mork & Lechowicz, LLC. | Dividend paid 100.00% on $13,000.00; Claim# 1; Filed: $13,000.00; Reference: Voided on 07/25/11 | 7100-000 | | !   13,000.00 | 25,086.28 |
| 07/25/11 | 103 | Kuhn Mitchell Moss Mork & Lechowicz, LLC. | Dividend paid 100.00% on $13,000.00; Claim# 1; Filed: $13,000.00; Reference: Voided: check issued on 07/25/11 | 7100-000 | | !  -13,000.00 | 38,086.28 |
| 07/25/11 | 104 | Timothy N Crombie DDS | Dividend paid 100.00% on $563.00; Claim# 2; Filed: $563.00; Reference: Voided on 07/25/11 | 7100-000 | | !      563.00 | 37,523.28 |
| 07/25/11 | 104 | Timothy N Crombie DDS | Dividend paid 100.00% on $563.00; Claim# 2; Filed: $563.00; Reference: Voided: check issued on 07/25/11 | 7100-000 | | !     -563.00 | 38,086.28 |
| 07/25/11 | 105 | Capital Recovery LLC, Assignee of CARSONS c/oRecovery Manag | Dividend paid 100.00% on $1,405.26; Claim# 3; Filed: $1,405.26; Reference: Voided on 07/25/11 | 7100-000 | | !    1,405.26 | 36,681.02 |
| 07/25/11 | 105 | Capital Recovery LLC, Assignee of CARSONS c/oRecovery Manag | Dividend paid 100.00% on $1,405.26; Claim# 3; Filed: $1,405.26; Reference: Voided: check issued on 07/25/11 | 7100-000 | | !   -1,405.26 | 38,086.28 |
| 07/25/11 | 106 | Capital Recovery LLC Assignee of Citibank c/oRecovery Manage | Dividend paid 100.00% on $14,574.52; Claim# 4; Filed: $14,574.52; Reference: Voided on 07/25/11 | 7100-000 | | !   14,574.52 | 23,511.76 |
| 07/25/11 | 106 | Capital Recovery LLC Assignee of Citibank c/oRecovery Manage | Dividend paid 100.00% on $14,574.52; Claim# 4; Filed: $14,574.52; Reference: Voided: check issued on 07/25/11 | 7100-000 | | !  -14,574.52 | 38,086.28 |
| 07/25/11 | 107 | Kuhn Mitchell Moss Mork & Lechowicz, LLC. | Dividend paid 100.00% on $147.61; Claim# 1I; Filed: $147.61; Reference: | 7990-000 | | !      147.61 | 37,938.67 |

Subtotals :        $38,086.28        $147.61

{} Asset reference(s)          !-Not printed or not transmitted          Printed: 11/15/2011 03:33 PM     V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-18041  
**Case Name:** SAMPSON, KATHRYN E  

**Taxpayer ID #:** **-***7822  
**Period Ending:** 11/15/11  

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******28-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided on 07/25/11 | | | | |
| 07/25/11 | 107 | Kuhn Mitchell Moss Mork & Lechowicz, LLC. | Dividend paid 100.00% on $147.61; Claim# 1I; Filed: $147.61; Reference:<br>Voided: check issued on 07/25/11 | 7990-000 | | ! -147.61 | 38,086.28 |
| 07/25/11 | 108 | Capital Recovery LLC, Assignee of CARSONS c/oRecovery Manag | Dividend paid 100.00% on $15.96; Claim# 3I; Filed: $15.96; Reference:<br>Voided on 07/25/11 | 7990-000 | | ! 15.96 | 38,070.32 |
| 07/25/11 | 108 | Capital Recovery LLC, Assignee of CARSONS c/oRecovery Manag | Dividend paid 100.00% on $15.96; Claim# 3I; Filed: $15.96; Reference:<br>Voided: check issued on 07/25/11 | 7990-000 | | ! -15.96 | 38,086.28 |
| 07/25/11 | 109 | Capital Recovery LLC Assignee of Citibank c/oRecovery Manage | Dividend paid 100.00% on $165.49; Claim# 4I; Filed: $165.49; Reference:<br>Voided on 07/25/11 | 7990-000 | | ! 165.49 | 37,920.79 |
| 07/25/11 | 109 | Capital Recovery LLC Assignee of Citibank c/oRecovery Manage | Dividend paid 100.00% on $165.49; Claim# 4I; Filed: $165.49; Reference:<br>Voided: check issued on 07/25/11 | 7990-000 | | ! -165.49 | 38,086.28 |
| 07/25/11 | 110 | SAMPSON, KATHRYN E | Dividend paid 100.00% on $2,723.29; Claim# SURPLUS; Filed: $2,723.29; Reference:<br>Voided on 07/25/11 | 8200-000 | | ! 2,723.29 | 35,362.99 |
| 07/25/11 | 110 | SAMPSON, KATHRYN E | Dividend paid 100.00% on $2,723.29; Claim# SURPLUS; Filed: $2,723.29; Reference:<br>Voided: check issued on 07/25/11 | 8200-000 | | ! -2,723.29 | 38,086.28 |
| 07/25/11 | 111 | U.S. Bankruptcy Court | COMBINED SMALL CHECK<br>Voided on 07/25/11 | 7990-000 | | ! 6.39 | 38,079.89 |
| 07/25/11 | 111 | U.S. Bankruptcy Court | COMBINED SMALL CHECK<br>Voided: check issued on 07/25/11 | 7990-000 | | ! -6.39 | 38,086.28 |
| 07/25/11 | 112 | MICHAEL G. BERLAND | Dividend paid 100.00% on $40.00, Trustee Expenses; Reference: | 2200-000 | | 40.00 | 38,046.28 |
| 07/25/11 | 113 | MICHAEL G. BERLAND | Dividend paid 100.00% on $5,444.76, Trustee Compensation; Reference: | 2100-000 | | 5,444.76 | 32,601.52 |
| 07/25/11 | 114 | Kuhn Mitchell Moss Mork & Lechowicz, LLC. | Dividend paid 100.00% on $13,000.00; Claim# 1; Filed: $13,000.00; Reference: | 7100-000 | | 13,000.00 | 19,601.52 |
| 07/25/11 | 115 | Timothy N Crombie DDS | Dividend paid 100.00% on $563.00; Claim# 2; Filed: $563.00; Reference: | 7100-000 | | 563.00 | 19,038.52 |
| 07/25/11 | 116 | Capital Recovery LLC, Assignee of CARSONS c/oRecovery Manag | Dividend paid 100.00% on $1,405.26; Claim# 3; Filed: $1,405.26; Reference: | 7100-000 | | 1,405.26 | 17,633.26 |
| 07/25/11 | 117 | Capital Recovery LLC Assignee of Citibank c/oRecovery Manage | Dividend paid 100.00% on $14,574.52; Claim# 4; Filed: $14,574.52; Reference: | 7100-000 | | 14,574.52 | 3,058.74 |
| 07/25/11 | 118 | Kuhn Mitchell Moss Mork & | Dividend paid 100.00% on $147.61; Claim# 1I; | 7990-000 | | 147.61 | 2,911.13 |

Subtotals : $0.00   $35,027.54

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 11/15/2011 03:33 PM    V.12.57

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 09-18041  
**Case Name:** SAMPSON, KATHRYN E

**Taxpayer ID #:** **-***7822  
**Period Ending:** 11/15/11

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******28-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Lechowicz, LLC. | Filed: $147.61; Reference: | | | | |
| 07/25/11 | 119 | Timothy N Crombie DDS | Dividend paid 100.00% on $6.39; Claim# 2I; Filed: $6.39; Reference: | 7990-000 | | 6.39 | 2,904.74 |
| 07/25/11 | 120 | Capital Recovery LLC, Assignee of CARSONS c/oRecovery Manag | Dividend paid 100.00% on $15.96; Claim# 3I; Filed: $15.96; Reference: | 7990-000 | | 15.96 | 2,888.78 |
| 07/25/11 | 121 | Capital Recovery LLC Assignee of Citibank c/oRecovery Manage | Dividend paid 100.00% on $165.49; Claim# 4I; Filed: $165.49; Reference: | 7990-000 | | 165.49 | 2,723.29 |
| 07/25/11 | 122 | SAMPSON, KATHRYN E | Dividend paid 100.00% on $2,723.29; Claim# SURPLUS; Filed: $2,723.29; Reference: | 8200-000 | | 2,723.29 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 38,086.28 | 38,086.28 | $0.00 |
| | | | Less: Bank Transfers | | 38,086.28 | 0.00 | |
| | | | Subtotal | | 0.00 | 38,086.28 | |
| | | | Less: Payments to Debtors | | | 2,723.29 | |
| | | | NET Receipts / Disbursements | | $0.00 | $35,362.99 | |

Net Receipts : 50,006.38

Net Estate : $50,006.38

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******28-65** | 50,006.38 | 11,920.10 | 0.00 |
| **Checking # 9200-******28-66** | 0.00 | 35,362.99 | 0.00 |
| | $50,006.38 | $47,283.09 | $0.00 |

{} Asset reference(s)

Printed: 11/15/2011 03:33 PM    V.12.57